**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**CRYSTAL ORTNER, individually and**
**on behalf of all others similarly situated,**

**Plaintiff,**

**v.** **CIVIL NO. 1:25-CV-98**
**(KLEEH)**

**FAIRMONT FEDERAL CREDIT UNION,**

**Defendant.**

# **ORDER**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff filed a notice of voluntary dismissal without prejudice. See ECF No. 17. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the Court's active docket. All pending motions are hereby **TERMINATED** [ECF Nos. 13, 17].

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and any unrepresented parties.

DATED: February 2, 2026

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA